**No. 10-5655. David L. Reynolds, Petitioner v. Supreme Court of Virginia.**

562 U.S. 964, 131 S. Ct. 460, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8087.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 320.

**No. 10-5661. Harold Bosier, Petitioner v. Gila Group, et al.**

562 U.S. 964, 131 S. Ct. 460, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8099.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5664. Hunter R. Levi, Petitioner v. Aerotek, Inc., et al.**

562 U.S. 964, 131 S. Ct. 460, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8034.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 374 Fed. Appx. 679.

**No. 10-5665. John Rhett, Petitioner v. New Jersey.**

562 U.S. 964, 131 S. Ct. 460, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8054.

October 12, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-5666. Lutgardo Silva, Petitioner v. Burl Cain, Warden.**

562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8053.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5668. Tyron Stafford, Petitioner v. Thomas Ammons, et al.**

562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8037,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5678. Satrohan Singh, Petitioner v. Philip Heath, Superintendent, Sing Sing Correctional Facility.**

562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8030,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5680. Ronald A. Smith, Petitioner v. Michael Mahoney, Warden.**

562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8123.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 611 F.3d 978.